UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| **CHRISTOPHER LAMONT LEWIS,** } | |
| } | |
| **Plaintiff,** } | |
| } | |
| v. } | Case No.: 4:16-cv-00142-RDP-HGD |
| } | |
| **TODD ENTREKIN, et al.,** } | |
| } | |
| **Defendants.** } | |

## MEMORANDUM OPINION

On December 16, 2016, the Magistrate Judge's Report and Recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the Magistrate Judge. No objections were filed.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court hereby **ADOPTS** the Report of the Magistrate Judge. The court further **ACCEPTS** the recommendation of the Magistrate Judge that this case be dismissed without prejudice for failing to state a claim upon which relief can be granted. (Doc. # 13 at 12).

A separate order in accordance with the Memorandum Opinion will be entered.

**DONE** and **ORDERED** this January 4, 2017.

_R. David Proctor_
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE